UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN SHER,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING ASSET RECOVERY, INC. et al.,<br><br>    Defendants. | Case No.  2:22-cv-04169-SB-AGR<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Generally, defendants other than the United States must answer the complaint within 21 days after service.  *See* Fed. R. Civ. P. 12(a)(1).  On July 8, 2022, the parties jointly stipulated to extend this deadline through August 10.  Dkt. No. 10.  Although Proof of Service has not been filed, the parties jointly stipulated that Defendant was served a copy of the complaint on June 20, 2022.  *Id*.  Defendant has not filed a responsive pleading and Plaintiff has not requested entry of default.  Plaintiff is ordered to show cause, in writing, no later than August 18, 2022, why the case should not be dismissed for lack of prosecution.

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.

Date: August 11, 2022

    Hon. Stanley Blumenfeld, Jr.
    United States District Judge