JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN SHER,<br><br>     Plaintiff,<br><br>v.<br><br>STERLING ASSET RECOVERY, INC. et al.,<br><br>     Defendant(s). | Case No. 2:22-cv-04169-SB-AGR<br><br>ORDER DISMISSING CASE FOR LACK OF PROSECUTION |

On August 11, 2022, the Court ordered Plaintiff to show cause in writing no later than August 18, 2022 why this case should not be dismissed for lack of prosecution following Defendant's failure to file a responsive pleading by the deadline and Plaintiff's failure to request entry of a default.  Dkt. No. 11.  As Plaintiff has not responded, this case is dismissed without prejudice.

IT IS SO ORDERED.

Date: August 22, 2022

Stanley Blumenfeld, Jr.
United States District Judge